# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0157.  DEUTSCHE BANK TRUST COMPANY AMERICAS v. JAMES V. NEWMAN et al.**

Deutsche Bank Trust Company filed this direct appeal from an order of the trial court that granted judgment on the pleadings to the defendants as to some, but not all, of Deutsche Bank's claims.  The order also expressly reserved ruling on James Newman's counterclaim.  "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989); see also *Yates v. CACV of Colorado*, 295 Ga. App. 69 (670 SE2d 884) (2008).  The order that Deutsche Bank seeks to appeal is not a final order.  Therefore, in order to appeal it, Deutsche Bank had to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b).  See id.  Because Deutsche Bank failed to comply with the interlocutory appeal procedure, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/26/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*